## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

COUNCIL OF PEOPLES ORGANIZATION, INC     :     CIVIL ACTION NO.:
1:26-CV-03379

V.     :

FAROOQ HAIDER MIRZA AND FOURTH PILLAR     :
MEDIA WATCHDOG               :     JUNE 5, 2026

## COMPLAINT

### COUNT ONE

1.     At all times relevant hereto, Plaintiff, Council of Peoples Organization INC., [COPO] is a 501(c)(3) non profit charitable New York corporation that utilizes public funds and grants to fund community service projects, including food pantries. Mohammad Razvi is the current Chief Executive Officer "CEO" of Plaintiff and has been for 24 years. Plaintiff's offices are located in Brooklyn, New York.

2.     At all times relevant hereto, Defendant Farooq Haider Mirza is an individual residing in Jersey City, New Jersey. Mirza owns and operates a business by the name of Fourth Pillar Media Watchdog, which operates Defendant's website 4thpillar.org.

3.     During the first quarter of 2026, Defendant posted and published false, untrue, misleading, scandalous and defamatory statements on its website and on public social media groups about Plaintiff and its officers, with actual malice, knowing them to be false, or with reckless disregard for the truth, intending to damage Plaintiff's name and reputation in the community, concerning COPO's charitable activities, accusing COPO and Mohammad Razvi of fraudulent, criminal, immoral and unethical activity, and connected other people, some of whom are not related to COPO, of similar improper

criminal activity.  Also Defendant associated people outside of the organization with the organization for the sake of false sensationalism and without due regard for the risks of damages to the organization and to its officers.  Such statements include the following:

"A former fiscal officer of the Brooklyn charity Council of Peoples Organization, Inc., (COPO) named Sharon Joseph was sentenced to twenty-one months in prison for stealing over 2.3 million from the non-profit organization."  The post goes on to allege "The Scheme: over nearly 17 years, Joseph created and submitted more than 500 fictitious invoices and manipulated the non-profit's accounting systems to avoid detection.  The invoices were for services purportedly related to New York City Department of Education programs and job training for adults in shelters.  The funds: She funneled the stolen funds to a sham company she had established.  Personal Use: Joseph used the money for various personal expenses... ."  Copy of post and translation attached as Exhibit "A".  Emphasis added.

Further Defendant posted; "some Pakistani organizations are also included in this scheme.... Among them is the notorious organization COPO, which has been implicated in scandals involving millions of dollars ... through fake invoices.  The Chief Executive Officer of COPO reportedly presents himself as a FBI agent and has taken courses at the FBI training academy.  Under the name of community service, he has launched several programs and operates businesses ranging from daycare centers to grocery stores....  His name is being mentioned among those who benefited from Farah Louis."  Copy of post and translation attached as Exhibit "B," Emphasis added.

4. All of the Defendant's allegations of fraudulent, criminal, immoral and improper activities of Plaintiff are untrue, false, defamatory and made with reckless disregard for the truth.

5. At no time was Sharon Joseph an officer or employee or affiliated with COPO.

6. At no time were fake invoices created by COPO or its officers. At no time did COPO or any officer steal or misuse public funds.

7. At no time was Mohammad Razvi employed or trained by the FBI, nor did he make any such claims.

8. The allegations of Defendant were false; known by Defendant to be false, untrue, defamatory, scandalous and have no basis in reality, and were made with actual malice and with reckless disregard for the truth, intended to harm Plaintiff's reputation in the community.

9. The Plaintiff was or will be damaged by a loss of business, funding and damage to its good name and reputation in the community.

## COUNT TWO

1-9. The allegations of Paragraphs 1-9 are repeated and re-alleged.

10. The postings and publications of Defendant were made publicly online, knowing them to be false, or with actual malice and reckless disregard for the truth.

11. Defendant accused Plaintiff of fraudulent, criminal, immoral, and unscrupulous activity, which constitutes Defamation per se.

12. Plaintiff was damaged thereby.

## COUNT THREE

3

1-12. The allegations of Paragraphs 1-12 are repeated and re-alleged.

13. The conduct of Defendant constitutes intentional and/or negligent infliction of emotional distress.

14. Plaintiff was damaged thereby, and the effected employees and officers of COPO sustained physical and emotional manifestations.

## COUNT FOUR

1-14. Paragraphs 1-14 are repeated and re-alleged.

15. The Plaintiff demands a permanent injunction against Defendants from publishing and posting false defamatory and untrue information about Plaintiffs, and its employees and officers.

*WHEREFORE,* Plaintiff demands judgment against the Defendants;

1. Compensatory damages in the amount of $7,500,000;

2. Nominal damages;

3. Punitive damages; and

4. Attorneys' fees and costs of suit.

THE PLAINTIFF,
COUNCIL OF PEOPLES ORGANIZATION, INC

BY _____
Kenneth A. Beck    KB 4848
Beck & Beck LLC
83 Booth Street
Stratford, CT 06614
Tele: 203-375-2222
Fax: 203-378-5263
beckandbeck@yahoo.com

4

## DEMAND FOR JURY TRIAL

The plaintiff hereby demands a Trial by Jury.

THE PLAINTIFF,
COUNCIL OF PEOPLES ORGANIZATION, INC

BY _____

Kenneth A. Beck    KB 4848
Beck & Beck LLC
83 Booth Street
Stratford, CT 06614
Tele: 203-375-2222
Fax: 203-378-5263
beckandbeck@yahoo.com

EXHIBIT "A"

ورکر پانچ سو سے زائد جعلی انوائسگ سیکنڈل میں ملوث تھی اور اس کو سزا بھی ہوی تھی ۔ جس کی تفصیلات نیچے دیے ہوے لنگ میں موجود ہیں ۔

hbfibSe4y7AHIHKpL

---

A former fiscal officer for the Brooklyn charity Council of Peoples Organization (COPO), named Sharon Joseph, was sentenced to 21 months in prison in September 2025 for stealing over $2.3 million from the non-profit organization. Department of Justice (.gov)

Department of Justice (.gov)

اور پاکستانی کمیونٹی کا نام خراب
ہوتا ہے ۔

9:20PM

📞↗ **Voice call**

18 min          9:20PM

Department of Justice (.gov)
Department of Justice (.gov)
The Scheme: Over nearly 17 years, Joseph created
and submitted more than 500 fictitious invoices
and manipulated the non-profit's accounting
systems to avoid detection. The invoices were
for services purportedly related to New York
City Department of Education programs and job
training for adults in shelters.
The Funds: She funneled the stolen funds to a
sham company she had established.
Personal Use: Joseph used the money for various
personal expenses, including mortgage payments,
credit card bills, car payments, Amazon purchases,
and luxury items.
Organizational Involvement: Court filings indicate
that while Joseph engaged in fraudulent dealings,
a court motion found that COPO's alleged conduct
in failing to supervise her did not rise to the level
of moral culpability needed to support a claim for
punitive damages against the organization itself.

EXHIBIT "B"

----- Forwarded Message -----
From: Aasma Nuzzi <anuzzi@copo.org>
To: Kenneth A. Beck
<kabeckesq@yahoo.com>; Mohammad
Razvi <mrazvi@copo.org>
Cc: Kenneth A. Beck
<beckandbeck@sbcglobal.net>; Mohad
Athar <mohadathar@hotmail.com>; Mujtaba
Ali <mali@copo.org>
Sent: Thursday, April 2, 2026 at 08:17:51 PM
EDT
Subject: Re: From Mohad Athar

**Some Pakistani organizations are also involved in this scheme, having received benefits. Among them is the notorious organization COPO, which has been implicated in scandals involving millions of dollars and allegedly embezzled $2–3 million through fake invoices.**

**The president of COPO reportedly presents himself as an FBI agent and has taken courses at the FBI training academy. Under the name of community service, he has launched several programs and operates businesses ranging from daycare centers to grocery stores. Properties linked to him in Pakistan have also**

**surfaced in recent years. His name is ▲ being mentioned among those who benefited from Farah Louis.**

**Some women's organizations are also said to be involved in activities beyond food pantries and other operations. It is alleged that charity food was being sold to grocery stores late at night.**

**More details will be brought to light soon.**
**A crackdown is coming. Coney Island has become a hub of crime and corruption.**

**Farooq Mirza**
**President**
**Fourth Pillar Media Watchdog**